CLOSED

# U.S. District Court
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:06-mj-01968-UA-ALL
# Internal Use Only

Case title: USA v. Orozco                    Date Filed: 11/09/2006

Assigned to:
Judge
Unassigned

## Defendant

| | | |
|---|---|---|
| **Francisco Orozco** (1)<br>*TERMINATED: 11/09/2006*<br>*also known as*<br>Paco (1)<br>*TERMINATED: 11/09/2006* | represented by | **Victor R Cannon**<br>Federal Public Defenders Office<br>321 E 2nd St<br>Los Angeles, CA 90012-4206<br>213-894-2854<br>Email:<br>zzCAC_FPD_Document_Receiving@fd.org<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level**



## (Opening)

None

| Terminated Counts | Disposition |
|---|---|

None

| Highest Offense Level (Terminated) | |
|---|---|

None

| Complaints | Disposition |
|---|---|
| DEFENDANT IN VIOLATION OF 21:846, 81 (A)(1)(A) AND 841(b)(1)(B) | Defendant Held to answer to District of Hawaii at Honolulu |

## Plaintiff

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2006 | | ***Defendant Francisco Orozco ARRESTED (Rule 5 (c)(3)) (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Francisco Orozco, originating in the District of Hawaii. Defendant charged in violation of: 21:846, 841(a)(1)(A) and 841 (b)(1)(B). Signed by agent Navarro, USMS, USMS. |

| | | |
|---|---|---|
| | | (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Francisco Orozco; defendants Year of Birth: 1975; date of arrest: 11/8/2006. (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | 3 | Defendant Francisco Orozco arrested on warrant issued by the USDC District of Hawaii at Honolulu. (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Margaret A. Nagle as to Defendant Francisco Orozco Defendant arraigned and states true name is as charged. Attorney: Victor R Cannon for Francisco Orozco, DFPD, present. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Hawaii. Warrant of Removal and final commitment to issue. Court orders defendant held to answer to District of Hawaii. Warrant of Removal and final commitment to issue. Tape #: 06-71. (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Francisco Orozco. (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | 6 | ORDER OF DETENTION by Magistrate Judge Margaret A. Nagle as to Defendant Francisco Orozco. (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | 7 | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) by Magistrate Judge Margaret A. Nagle as to Defendant Francisco Orozco. (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Francisco Orozco. (roz, ) (Entered: 11/20/2006) |

| 11/09/2006 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Margaret A. Nagle that Defendant Francisco Orozco be removed to the District of Hawaii, Honolulu. (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | | ***Magistrate Case Terminated (roz, ) (Entered: 11/20/2006) |
| 11/09/2006 | | ***Magistrate Case Terminated (roz, ) (Entered: 11/21/2006) |
| 11/09/2006 | | ***Update Sentencing Disposition Information: Francisco Orozco (1), Defendant Held to answer to District of Hawaii at Honolulu (roz, ) (Entered: 11/21/2006) |