Name & Address

NOV 9 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | MJ 06-1968 |
| v. | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| FRANCISCO OROZCO, | District of ___Hawaii___ |
| | At ___Honoluu___ |
| DEFENDANT(S). | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about January 16, 2003 and January 15, 2003, in the District of Origin, the defendant conspired to possess with intent to distribute a Schedule II controlled substance, methamphetamine - Counts 1 through 3

in violation of Title(s) 21, U.S.C., Section(s) 846, 841(a)(1)(A) and 841(b)(1)(B)

The defendant has now:
☒ duly waived identity hearing before me on _November 9, 2006_
☐ duly waived preliminary examination before me on _____
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

_11/09/06_                    _Margaret A. Nagle_
Date                          United States Magistrate Judge

I hereby certify on 11/21/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

DOCKETED ON CM
NOV 20 2006
BY ___                                    179

================================================================
                              **RETURN**

Received this commitment and designated prisoner on _____, and on _____,
committed him to _____ and left with the custodian at the same
time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date _____    Deputy _____
M-15 (08/99)                **FINAL COMMITMENT AND WARRANT OF REMOVAL**