# CJA23 - FINANCIAL AFFIDAVIT

# **SEALED DOCUMENT**