CLERK U.S. DISTRICT COURT

NOV   9 2006

CENTRAL DISTRICT OF CALIFORNIA
BY    *WN*                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    PLAINTIFF

                    v.

FRANCISCO OROZCO

                                    DEFENDANT.

CASE NUMBER:

06 - 1968M

**WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _____ District of **Hawaii** alleging violation of **21 : 841/846** and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)    have an identity hearing to determine whether I am the person named in the charges;
(2)    receive a copy of the charge(s) against me;

-*Check one only*-

**☒    EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

**☐    PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐    have an identity hearing
☒    receive a copy of the charges(s) against me
☐    have a preliminary examination
☒    have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐    have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

11/21/06

Defendant

Defense Counsel

Date: 11/09/06

United States Magistrate Judge

DOCKETED ON CM

NOV 20 2006

179

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

⑦

M-14 (03/03)                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)