Case 1:04-cr-00197-HG    Document 207-6    Filed 12/04/2006    Page 1 of 4

FILED
CLERK, U.S. DISTRICT COURT

NOV 9 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO OROZCO, ) <br> ) <br> Defendant. ) <br> ) | NO.: 06-1968 M <br><br> ORDER OF DETENTION AFTER HEARING <br> (18 U.S.C. § 3142(i)) |

I hereby attest and certify on 11/21/06 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

1161

I.

A.   (X)   On motion of the Government involving an alleged

   1.( )   crime of violence;

   2.( )   offense with a maximum sentence of life imprisonment or death;

   3.(X)   narcotic or controlled substance offense with a maximum sentence of ten or more years;

   4.( )   felony - the defendant has been convicted of two or more prior offenses described above.

Deten.ord

DOCKETED ON CM

NOV 20 2006
BY ___

179



B.  On motion (X) by the Government/( ) by the Court <u>sua sponte</u> involving:

1. (X)   a serious risk that defendant will flee;
2. ( )   a serious risk that defendant will
   a. ( )   obstruct or attempt to obstruct justice;
   b. ( )   threaten, injure or intimidate a prospective witness or juror or attempt to do so.

C.  The Government (X) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

The Court finds that no condition or combination of conditions will reasonably assure:

A.  (X)   the appearance of the defendant as required;

and/or

B.  (X)   the safety of any person or the community.

## III.

The Court has considered:

A.  (X)   the nature and circumstances of the offenses;
B.  (X)   the weight of evidence against the defendant;
C.  (X)   the history and characteristics of the defendant;
D.  (X)   the nature and seriousness of the danger to any person or the community.

Deten.ord                                    2

IV.

The Court has considered all the evidence adduced at the hearing, the argument or statements of counsel, ~~and~~ the Report of Pre-Trial Services, and the "No Bail" Warrant issued by the charging District of Hawaii.

V.

The Court finds that:

A. (X) The defendant poses a risk to the safety of other persons or the community because: of the seriousness of the allegations in this presumption case.

B. (X) The history and characteristics of the defendant indicate a serious risk that the defendant will flee because: he is a citizen of Mexico and is present in the United States illegally. He also has failed to appear to respond to a traffic citation.

C. ( ) A serious risk exists that the defendant will:

1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness or juror;
3. ( ) attempt to threaten, injure or intimidate a witness or juror;

because: _____

Deten.ord                              3

D. (X) The defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

**IT IS ORDERED** that the defendant be detained prior to trial.

**IT IS FURTHER ORDERED** that the defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

**IT IS FURTHER ORDERED** that the defendant be afforded reasonable opportunity for private consultation with counsel.

DATED: November 9, 2006

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten.ord                                4