# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☒ LA  ☐ RS  ☐ SA    ☐ UNDER SEAL<br>CASE NUMBER: MJ 06-1968<br>☐ COMPLAINT    ☒ OUT OF DISTRICT AFFIDAVIT<br>☐ INDICTMENT    ☐ INFORMATION<br>☐ SUMMONS    ☐ EXTRADITION<br>☐ PSA/PO WARRANT<br>☐ SUPER FAST TRACK (Class B Misdemeanor)<br>FILED: 11-5-06<br>VIOLATION: 21:846; 841(a)(1),+(b)(1)(A); 841(b)(1)(B) |
| v. | |
| DEFENDANT.<br>FRANCISCO OROZCO | DATE: 11-8-06    TIME: 2:00 pm<br>TAPE NUMBER: 06-71 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE NAGLE | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Earlene Carson   Bonnie Hobbs   Sharon Spence SI
         Deputy Clerk      Assistant U.S. Attorney   Interpreter / Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☒ Attorney: Victor Cannon   ☒ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order)   ☐ Special appearance by: _____
☒ Government's request for detention is: ☒ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
☒ Defendant is ordered: ☒ Permanently Detained   ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED   ☐ DENIED
☐ Preliminary Hearing waived.
☐ SUPER FAST TRACK   ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED   ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED
☒ Defendant executed Waiver of Rights.   ☐ Process received.
☒ Court ORDERS defendant Held to Answer to _____ District of Hawaii
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☒ Warrant of removal and final commitment to issue.   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____   ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal   ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

DOCKETED ON CM   NOV 20 2006

☐ PSA   ☐ FINANCIAL   ☐ READY
cc: AUSA, Defendant's counsel        Deputy Clerk Initials: 10
    ☒ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO                     MP
    ORIGINAL - WHITE COPY    PINK - PA CLERK    YELLOW - STATS    GREEN - CRD

M-5 (10/04)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-831/59180