NOV 03 2006 15:02 FR USMS HAWAII   808 541 3015 TO 91213894 3817   P.02/10

AO 442 (Rev. 10/03) Warrant for Arrest          ORIGINAL          FILED

# UNITED STATES DISTRICT COURT
## District of Hawaii

2006 NOV -9 PM 1:00

UNITED STATES OF AMERICA

v.

(04) FRANCISCO OROZCO aka "Paco"

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 04-00197 HG 04

**06-1968M**

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (04) FRANCISCO OROZCO aka "Paco" and bring him or her forthwith to the nearest district/ magistrate judge to answer a First Superseding Indictment, charging him or her with (brief description of offense)

Title 21 U.S.C. § 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B) - Conspiracy to Possess with Intent to Distribute a Schedule II controlled substance, Methamphetamine - 01/16/2003 - Count 1.

Title 21 U.S.C. § 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B) - Conspiracy to Possess with Intent to Distribute a Schedule II controlled substance, Methamphetamine - 01/15/2003 - Count 2 and 3.

in violation of Title 21:18 United States Code, Section(s) 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B): 2.

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

December 29, 2004 at Honolulu, Hawaii
Date and Location

Bail Fixed at NO BAIL     By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest | | |