2006 NOV -9 PM 1:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. FRANCISCO OROZCO DEFENDANT(S). | CASE NUMBER CR04-197HG  06-1968M REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A"

1. Date and time of arrest __11/8/06 - 1:00__ ☐ AM ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __21/841 DANGEROUS DRUGS.__
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown
5. Year of Birth: __1975__
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): __N/A__
8. Date detainer placed on defendant: __N/A__
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: __DUTY OFCR.__
11. Remarks (if any): _____
12. Date: __11/9/06__
13. Signature: _____
14. Name: __NAVARRO__
15. Title: __USMS__

I hereby attest and certify on 11/21/06 the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

DOCKETED ON CM
NOV 20 2006
BY ___ 179

CR-64 (07/05)          REPORT COMMENCING CRIMINAL ACTION

1161

(2)