FILED
2006 NOV -9 PM 1:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR04-197 HG |
| v. | 06-1968M |
| FRANCISCO OROZCO | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: **INDICTMENT**
in the ___ District of **HAWAII** on **1-16-03**
at ___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ___
in violation of Title **21** U.S.C., Section(s) **841**
to wit: **DRUGS**

A warrant for defendant's arrest was issued by: **GRAND JURY**

Bond of $ **NONE** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **NOV 0 9 2006**, by

ROSALIND TYUS-SIMON
_____, Deputy Clerk.

Signature of Agent          Print Name of Agent: **NAVARRO**

Agency: **USMS**          Title: **USMS**

I hereby attest and certify on 11/21/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By ___ Deputy Clerk

DOCKETED ON CM
NOV 20 2006
BY ___

179

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT