```
EDWARD H. KUBO, JR.  # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  # 4532
Chief, Major Crimes

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:  loretta.sheehan@usdoj.gov
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197 HG |
| | ) | |
| Plaintiff, | ) | MOTION TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL |
| vs. | ) | |
| | ) | |
| FRANCISCO OROZCO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. Section 3142.

1. <u>Eligibility of Case</u>.  This defendant is eligible for detention because the case involves (check all that apply):

  ____ a. Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

  ____ b. Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ____ c.    Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ____ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    ____ e.    Crime of violence (3142(f)(1)(A))

    ____ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

    _X_ g.    10+ year drug offense (3142(f)(1)(C))

    ____ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

    _X_ i.    Serious risk defendant will flee (3142(f)(2)(A))

    _X_ j.    Danger to other person or community **

    ____ k.    Serious risk obstruction of justice (3142(f)(2)(B))

    ____ l.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

    \* requires "i" or "j" additionally

    \*\* requires "a", "b", "c", or "d" additionally

2.  <u>Reason for Detention</u>.  The court should detain defendant (check all that apply):

    _X_ a.    Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

    _X_ b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

        \_\_\_\_ c. Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).  If invoked, the presumption applies because (check all that apply):

         _X_ a. Probable cause to believe defendant committed 10+ year drug offense

         \_\_\_\_ b. Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

         \_\_\_\_ c. Previous conviction for eligible offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>.  The United States requests that the court conduct the detention hearing:

         \_\_\_\_ a. At first appearance

         _X_ b. After continuance of _3_ days (not more than 3)

5. <u>Rule 40 Cases</u>.  The United States requests that the detention hearing be held:

         \_\_\_\_ a. In the District of Hawaii

         \_\_\_\_ b. In the District where charges were filed

    6.    <u>Other Matters</u>.

DATED: December 18, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By <u>/s/ Loretta Sheehan</u>
                                 LORETTA SHEEHAN
                                 Assistant U.S. Attorney