IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,          )<br>    vs.                       )<br>                              )<br> FRANCISCO JAVIER OROZCO,     )<br> (04)                         )<br>                              )<br>                              )<br>         Defendant.           )<br>_____) | CR. NO. 04-00197 HG (04)<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>JAN 11 2007<br><br>at 11 o'clock and 15 min. A M<br>SUE BEITIA, CLERK |

DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, he has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated: Honolulu, Hawaii, ___JAN 1 1 2007___.

_____
MIGUEL SAIBENE