# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00197HG |
| CASE NAME: | USA v. (04) Francisco Javier Orozco |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Barry D. Edwards |
| INTERPRETER: | Miguel Saibene |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/16/2007 | TIME: | 10:42 - 10:45 |

COURT ACTION:  EP: Initial Appearance and A & P to the First Superseding Indictment as to (04) Francisco Javier Orozco - deft present in custody.  The Financial Affidavit filed on 11/21/2006 in the C/D of California is adopted.  Arrn waived.  Plea of NOT GUILTY entered.

Dates given:
JS/JT 3/20/2007 @ 9 a.m. HG.
FPT 2/20/2007 @ 10 a.m., BMK.
Motions due 2/6/2007.
Response due 2/20/2007.

Deft remanded to custody of U.S. Marshal.
Thomas to prepare the detention order.

cc: Financial Deputy
Submitted by Richlyn Young, Courtroom Manager