cc: Hg + mary

ORIGINAL

BARRY D. EDWARDS 4509
P. O. Box 1598
Kailua, Hawaii 96734
Telephone (808) 988-2005
Fax (808) 988-2044
e-mail: barrydedwards@gmail.com

Attorney for Defendant
FRANCISCO OROZCO (04)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2007

at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00197 HG |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF MOTION; |
| | ) MOTION TO CONTINUE |
| vs. | ) 3/20/07 TRIAL; |
| | ) CERTIFICATE OF SERVICE |
| FRANCISCO OROZCO, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## NOTICE OF MOTION

TO:   Loretta A. Sheehan, Esq.
      Chris A. Thomas, Esq.
      Assistant U.S. Attorneys
      Room 6-100, PJKK Federal Building          *Fax: 541-2958*
      300 Ala Moana Blvd., Box 50183
      Honolulu, Hawaii 96850
      Attorneys for United States of America

1

PLEASE TAKE NOTICE that the following Motion will be heard before the presiding Judge or Magistrate Judge, in their courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, as soon as counsel may be heard.