IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO CONTINUE 3/20/07 |
| vs. | ) | TRIAL |
| | ) | |
| FRANCISCO OROZCO, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION TO CONTINUE 3/20/05 TRIAL

Defendant, FRANCISCO OROZCO, by his appointed counsel, moves to continue the trial in this action, presently scheduled to begin on March 20, 2007, until at least April 20, 2007, to permit the investigation necessary to evaluate and prepare appropriate pretrial motions, including those that will address suppression of illegally seized evidence. The facts supporting this request are:

Mr. Orozco was arrested in California, where he resided until brought to Hawaii to answer the Indictment in this case. He was arrested on November 8, 2006, and first appeared with me and interpreter Miguel Saibene before the Magistrate Judge in this district on January 16, 2007.

Discovery received from the government to date shows that much of the evidence that the government intends to use in prosecuting the case was obtained in California, involving police seizures from Mr. Orozco's California residence, as well as police seizures of parcels in coordination with Federal Express in California and Hawaii, and the use of a drug-sniffing dog by California police in connection with the seizures.

In order adequately to prepare to file pretrial motions, including a motion to suppress any of the evidence seized in California and subsequently in Hawaii based upon police activities in California and Hawaii, I will need additional time for investigation and research. It is currently anticipated that I will need approximately an additional month for this work.

Mr. Orozco has agreed that the trial and pretrial deadlines in this case be continued for the reasons stated here.

I have also spoken with the government about this request, and am informed and believe that the government does not object.

I declare under penalty of law that these facts are true to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, February 8, 2007.

_[signature]_
Barry D. Edwards
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document is being delivered by hand or mail, and faxed as shown, to counsel for the government, on or before the date of its filing.

DATED:  Honolulu, Hawaii, February 8, 2007.

_[signature]_
Barry D. Edwards