EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197 HG -04 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | TO MOTION TO CONTINUE |
| v. | ) | 03/20/07 TRIAL; CERTIFICATE |
| | ) | OF SERVICE |
| FRANCISCO OROZCO,       (04) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S RESPONSE TO MOTION TO CONTINUE 03/20/07 TRIAL

      The United States does not oppose the continuance requested by defense counsel in that defense counsel has asserted a need for the extra month in order to conduct investigation and

research, and the defendant, who is in custody, does not object to a continuance.

      DATED:  February 13, 2007, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Loretta A. Sheehan
                                 LORETTA A. SHEEHAN
                                 Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF**:

    Barry D. Edwards        barrydedwards@gmail.com
    Attorney for Defendant
    FRANCISCO OROZCO

DATED: Honolulu, Hawaii, February 13, 2007.

                                      /s/ Cheri Abing