AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

2004 DEC 29 PM 2:13 RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 04-00197 HG 04 |
| (04) FRANCISCO OROZCO aka "Paco" | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (04) FRANCISCO OROZCO aka "Paco" and bring him or her forthwith to the nearest district/ magistrate judge to answer a First Superseding Indictment , charging him or her with (brief description of offense)

Title 21 U.S.C . § 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B) - Conspiracy to Possess with Intent to Distribute a Schedule II controlled substance, Methamphetamine - 01/16/2003 - Count 1.

Title 21 U.S.C . § 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B) - Conspiracy to Possess with Intent to Distribute a Schedule II controlled substance, Methamphetamine - 01/15/2003 - Count 2 and 3.

in violation of Title 21:18 United States Code, Section(s) 846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B): 2.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | December 29, 2004 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Leslie E. Kobayashi, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Burbank CA._

| Date Received 12/29/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 11/8/06 | | [signature] |