# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 16, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00197HG-004 |
| CASE NAME: | UNITED STATES OF AMERICA v. (04) FRANCISCO JAVIER OROZCO |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | (04) Barry D. Edwards, Esq. |
| INTERPRETER: | Not present |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 16, 2007 | TIME: | 9:00 - 9:10 |

COURT ACTION:    DEFENDANT MOTION TO CONTINUE 03/20/2007 TRIAL AS TO DEFENDANT (04) FRANCISCO JAVIER OROZCO -

　　Defendant (04) Francisco Javier Orozco is present in custody.
　　Spanish interpreter not present in court.
　　Defendant (04) Francisco Javier Orozco's Motion to Continue 03/20/2007 Trial is GRANTED.

　　Counsel shall notify the Court with a stipulated trial date. Trial set for March 20, 2007 and the Final Pre-trial Conference set for February 20, 2007 are VACATED.


　　Submitted by: Mary Rose Feria, Courtroom Manager