# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 23, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00197HG-004

CASE NAME:        U.S.A. vs. (04) FRANCISCO JAVIER OROZCO

JUDGE:    Helen Gillmor           REPORTER:

DATE:     February 23, 2007       TIME:

COURT ACTION:            **MINUTE ORDER**

The parties have agreed to a new trial date of May 1, 2006 @ 9:00 a.m.  Ms. Loretta A. Sheehan shall prepare the stipulation for continuance of trial, to exclude time, and include, inter alia, the following trial and related dates:

    JURY SELECTION/TRIAL     MAY 1, 2007 @ 9:00 A.M.
    FPC - JUDGE GILLMOR      APRIL 16, 2007 @ 8:30 A.M.
    FPC - M.J. CHANG         APRIL 2, 2007 @ 10:00 A.M.
    MOTIONS DEADLINE         MARCH 20, 2007
    RESPONSE DEADLINE        APRIL 3, 2007

Submitted by: Mary Rose Feria, Courtroom Manager

cc:    Loretta A. Sheehan, AUSA
       Barry D. Edwards, Esq.
       United States Probation Office
       United States Pre-Trial Services Office
       United States Marshals Office
       Chambers of Chief Judge Gillmor