BARRY D. EDWARDS 4509
P. O. Box 1598
Kailua, Hawaii 96734
Telephone (808) 988-2005
Fax (808) 988-2044
e-mail: barrydedwards@gmail.com

Attorney for Defendant
FRANCISCO OROZCO (04)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00197 HG |
| ) | |
| Plaintiff, ) | |
| ) | *EX PARTE* MOTION FOR |
| vs. ) | AUTHORIZATION OF |
| ) | INTERPRETER EXPENSES; |
| FRANCISCO OROZCO, *ET AL.*, ) | DECLARATION OF COUNSEL; |
| ) | AND, ORDER |
| Defendants. ) | |
| ) | |

### *EX PARTE* MOTION FOR AUTHORIZATION OF INTERPRETER EXPENSES

Defendant, FRANCISCO OROZCO, by his appointed counsel, moves *ex parte* for approval of the estimated cost of Spanish language interpretation expenses that are required in connection with translating various discovery and statements in preparation for defendant's Motion to Suppress and trial in this action.

The accompanying declaration of counsel sets forth the facts supporting this request.

WHEREFORE, defendant prays that this motion be granted.

DATED: Honolulu, Hawaii, February 26, 2007.

BARRY D. EDWARDS
Attorney for Defendant