IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00197 HG |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL IN |
| ) | SUPPORT OF *EX PARTE* MOTION |
| vs. ) | FOR AUTHORIZATION OF |
| ) | INTERPRETER EXPENSES |
| FRANCISCO OROZCO, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## DECLARATION OF COUNSEL

BARRY D. EDWARDS, appointed counsel for the defendant in this case, declares:

1. I am appointed pursuant to the Criminal Justice Act as defense counsel for Mr. Orozco, whose native language is Spanish.

2. The defendant is indigent, as previously determined in this action.

3. Miguel Saibene has been appointed as the defense official Spanish language interpreter. Mr. Saibene has been asked to translate various discovery and statements in this case so that the defendant may meaningfully participate in the preparation for his Motion to Suppress and trial in this matter.

4. The attached Exhibit A is Mr. Saibene's estimate of the cost to be incurred for the translations that I have asked him to perform to date, $1,960.00.

5. Since the total cost of the requested Spanish language translation services will exceed $300, the Court's prior approval for the expenditure is required.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE DECLARATION IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, February 26, 2007.

_____
Barry D. Edwards

4