UNITED STATES OF AMERICA
v.
FRANCISCO JAVIER OROZCO

CR # 04-00197 HG

Attorney for the Defendant:    Mr. Barry Edwards

Translation of documents:

Total 31 pages (24 + 7) with approximately 14,000 words.

Words 14,000 x  $/w  0.14 =  $ 1,960.00

EXHIBIT "A"