IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRANCISCO OROZCO, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### ORDER

The foregoing *ex parte* motion is GRANTED. IT IS ORDERED that Spanish language interpreter Miguel Saibene's translation and transcription expenses described in the motion, declaration and Exhibit A are authorized for payment in an amount not exceeding $1,960.00.

DATED: Honolulu, Hawaii, _____FEB 27 2007_____, 2007.

_____
United States Magistrate Judge
District of Hawaii

5