EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197HG-04 |
|  | ) |  |
| Plaintiff, | ) | ORDER SETTING TRIAL DATE |
|  | ) | AND TOLLING TIME UNDER |
| v. | ) | THE SPEEDY TRIAL ACT |
|  | ) |  |
| FRANCISCO OROZCO, (04) | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

ORDER SETTING TRIAL DATE AND
TOLLING TIME UNDER THE SPEEDY TRIAL ACT

On February 8, 2007, Defendant Francisco Orozco, through counsel Barry Edwards, Esq., moved to continue the trial date and to extend the pre-trial motions deadline, on the ground that investigation was necessary to evaluate and prepare appropriate pretrial motions.  The United States, through Assistant U.S. Attorney Loretta Sheehan, had no objection to a continuance.

      The Court grants the motion to continue, and schedules a new trial date for May 1, 2007. The Court further tolls the time from March 20, 2007 to and including May 1, 2007, finding that the ends of justice in continuing the trial outweigh the defendant's and public's interest in a speedy trial, in that a continuance of trial is necessary to insure continuity of counsel and for defense counsel adequately to prepare for trial, taking into account the exercise of due diligence.

      The trial is continued to May 1, 2007. Motions must be filed by March 20, 2007. Responses are due by April 3, 2007. Final pretrial before the magistrate judge is scheduled for April 2, 2007 at 10:00 a.m. before the Honorable Kevin S. Chang. Final pretrial before the Court is scheduled for April 16, 2007 at 8:30 a.m.

      IT IS SO ORDERED.

      DATED:  March 15, 2007, at Honolulu, Hawaii.



                              /S/ Helen Gillmor
                              Helen Gillmor
                              Chief United States District Judge

United States v. Francisco Orozco
Cr. No. 04-00197HG-04
Order Setting Trial Date and Tolling
Time Under the Speedy Trial Act