EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    vs. )<br>            )<br>FRANCISCO OROZCO,   (04) )<br>            )<br>        Defendant. )<br>_____ ) | CR. NO. 04-00197 HG-04<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

      I hereby certify that the Order Setting Trial Date and Tolling Time Under the Speedy Trial Act was signed by Judge Helen Gillmor and filed on March 15, 2007, and was served on the following counsel on March 15, 2007:

Served Electronically through CM/ECF:

    Barry D. Edwards       March 15, 2007
    barrydedwards@gmail.com

    Attorney for Defendant
    FRANCISCO OROZCO


        DATED:  March 15, 2007, at Honolulu, Hawaii.


                            /s/ Iris Tanaka
                            Iris Tanaka