

**ORIGINAL**

BARRY D. EDWARDS 4509
P. O. Box 1598
Kailua, Hawaii 96734
Telephone (808) 988-2005
Fax (808) 988-2044
e-mail: barrydedwards@gmail.com

Attorney for Defendant
FRANCISCO OROZCO (04)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2007

at 9 o'clock and 30 min X M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00197 HG |
| Plaintiff, | ) NOTICE OF MOTION; |
| vs. | ) DEFENDANT'S MOTION TO ) SUPPRESS EVIDENCE; ) MEMORANDUM OF LAW; |
| FRANCISCO OROZCO, *ET AL.*, | ) CERTIFICATE OF SERVICE |
| Defendants. | ) DATE: ) TIME: ) JUDGE:   Helen Gillmor |

## NOTICE OF MOTION

TO:  EDWARD H. KUBO, JR.
     United States Attorney

     LORETTA A. SHEEHAN
     Assistant United States Attorney
     PJKK Federal Building
     300 Ala Moana Boulevard, Room 6100
     Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Helen Gillmor, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, as soon as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00197 HG |
|---|---|
| Plaintiff, | ) |
| vs. | ) DEFENDANT'S MOTION TO |
| | ) SUPPRESS EVIDENCE |
| FRANCISCO OROZCO, *ET AL.*, | ) |
| Defendants. | ) |

## **DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

Defendant, FRANCISCO OROZCO, through counsel, moves this Honorable Court to suppress all evidence discovered as a result of the warrantless seizure by the L. A. Impact Task Force of a FedEx parcel on January 14, 2003, and all other evidence discovered as a result of the warrantless search of the residence of the defendant in California on that date, and the warrantless seizure of a second FedEx parcel and its subsequent search by the Drug Enforcement Administration Honolulu Airport Task Force on or about January 14, 2003, together with all physical evidence and statements discovered or obtained directly or indirectly as "the fruits" of the unlawful seizures and related unlawful searches.

This motion is based upon the Fourth and Fifth Amendments to the United

States Constitution, the attached memorandum of law and upon further evidence to be received at a hearing on this motion.

DATED: Honolulu, Hawaii, March 20, 2007.

_____
Barry D. Edwards
Attorney for Defendant