FedEx Tracking Number: 8376 5054 7150

Date: 06/13/03
Sender's Name: Francisco Orozco
Phone: 818 209 8769
Address: 1710 W. Victory Blvd #E
City: Burbank   State: CA   ZIP: 91506

Recipient's Name: Mat Rubio
Phone: (808) 989 3325
Address: 800 Kaiwiki Rd
City: Hilo   State: HI   ZIP: 96720

4a Express Package Service: [X] FedEx Priority Overnight
5 Packaging: [X] Other
6 Special Handling: [X] No
7 Payment: [X] Sender
Total Declared Value: $500.00

446



EXHIBIT 3