# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/2/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR04-00197HG

CASE NAME:       USA v. (04) Francisco Javier Orozco

ATTYS FOR PLA:   Loretta Sheehan

ATTYS FOR DEFT:  (04) Barry Edwards

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5

DATE:     4/2/2007                   TIME:        10:17:23-10:21:06am

COURT ACTION:  EP: Final Pretrial Conference as to Defendant 04 - defendant's presence waived.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge Helen Gillmor on May 1, 2007 at 9:00.a.m..

Representations by counsel on trial time:
Total trial time: 1½ weeks

The United States: 4 days.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) : April 4, 2007 (none at this time per the government)
2. a. Motions in Limine filed and served by :April 11, 2007.
   b. Memoranda in opposition to motions in limine filed and served by: April 16, 2007.
3. Brady and Giglio Material by: April 11, 2007
4. a. Jury Instructions exchanged by April 11, 2007.
   d. Filings required by 4(b) & (c) by: April 18, 2007.
5. Witness Lists per stipulation by April 24, 2007.
6. Exhibits
   a. Parties will exchange exhibits.

      b.    Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by April 18, 2007.
8. <u>Voir Dire Questions</u>: In writing by April 18, 2007.
9. <u>Trial Briefs</u>: by April 18, 2007.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: None.
12. <u>Pretrial Conference</u> before HG at 8:30am on **April 16, 2007.**

Submitted by: Shari Afuso, Courtroom Manager

CR04-197HG
USA v. (04) Francisco Javier Orozco
Final Pretrial Conference Minutes
4/2/2007