# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 6, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00197HG-004 |
| CASE NAME: | UNITED STATES OF AMERICA v. (04) FRANCISCO JAVIER OROZCO |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA<br>Jesse S. Fourmy, Case Agent, DEA |
| ATTYS FOR DEFT: | Barry D. Edwards, Esq. |
| INTERPRETER: | Miguel Saibene (previously sworn in) |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | April 6, 2007 | TIME: | 10:00 - 12:20 |

COURT ACTION:  DEFENDANT (04) FRANCISCO JAVIER OROZCO'S MOTION TO SUPPRESS EVIDENCE -

Defendant is present in custody.

10:12 a.m. - CST Carlos Gomez.
10:34 a.m. - Cross-examination of Carlos Gomez.
10:59 a.m. - Re-direct examination of Carlos Gomez.
11:00 a.m. - Re-cross examination of Carlos Gomez.
11:01 a.m. - Recess
11:15 a.m. - CST John W. Cater.
11:32 a.m. - Cross-examination of John W. Cater
11:37 a.m. - Re-direct examination of John W. Cater.
11:38 a.m. - Re-cross examination of John W. Cater.
11:39 a.m. - CST Jesse S. Fourmy.
11:57 a.m. - Cross-examination of Jesse S. Fourmy.
12:01 p.m. - Government's argument.
12:09 p.m. - Defendant's argument.
12:17 p.m. - Government's further argument.

Admitted Exhibits: Government's Exhibits 1, 3, 2, 4, 5

Admitted Exhibits: Defendant's Exhibits 7, 6

(Government Exhibit 1 - Fed Ex airbill of parcel, recipient Francisco Orozco)
(Government Exhibit 3 - photograph of red Coleman cooler with cash and paper at the bottom)
(Government Exhibit 2 - Fed Ex airbill of parcel, recipient Mat Rubio)
(Government Exhibit 4 - Fed Ex computer generated airbill, recipient Mat Rubio)
(Government Exhibit 5 - search warrant issued under Mag. No. 03-0030 LEK)

(Defendant Exhibit 7 - L.A. Impact receipt dated 1/14/03 (illegible name))
(Defendant Exhibit 6 - L.A. Impact receipt dated 1/14/03 signed by Carlos Gomez)

With respect to the second Fed Ex parcel, the Motion to Suppress is DENIED. The remainder of the Motion to Suppress is taken under submission. A written order will issue.

<u>Representations by counsel on trial time:</u>

The United States: 1 to 2 weeks


      Submitted by: Mary Rose Feria, Courtroom Manager