# L.A. IMPACT
*LOS ANGELES INTERAGNECY METROPOLITAN POLICE APPREHENSION CRIME TASK FORCE*

## RECEIPT

LAI # _____    DATE  1-14-03

I HEREBY ACKNOWLEDGE RECEIPT OF THE FOLLOWING ITEM(S):

1 Brown Box, FedEx Tracking #837535955351 addressed to: Francisco Orozco, 1710 W. Victory Blvd, Burbank CA 91506 (Apt E)

Signature: _____  Printed Name: Carlos Gomez

Address: PO Box 247

City/State/Zip: Burbank CA 91503   Telephone: 818-558-6412

Supervisor Approving: _____



ORIGINAL – White    COPY – Yellow                                R. 1/2000

# L.A. IMPACT

LOS ANGELES INTERAGENCY METROPOLITAN POLICE APPREHENSION CRIME TASK FORCE

## RECEIPT

LAI # _____   DATE 1/14/03

I HEREBY ACKNOWLEDGE RECEIPT OF THE FOLLOWING ITEM(S):

1) 1 FedEx Airbill # 837650547300
2) Mail Boxes Etc. Receipt for 7/03 = Sub 1/8/03
3) 1 FedEx Airbill # 837650547150 w/ Receipt attached for Mail Boxes etc. $401.08
4) Chinatown I.D. Card # 320753 in name of Francisco Javier Orozco.
5) 3 Pay/owe sheets
6) 1 piece paper w/words "Personal or Request"

Signature: _____   Printed Name: Eric Lynch
Address: PO Box 247, Burbank, CA
City/State/Zip: Burbank, CA 91503   Telephone: 818 558 6412
Supervisor Approving:
Carlos Gomez

ORIGINAL – White    COPY – Yellow

D's #7

R. 1/2000