AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

United States of America

**EXHIBIT AND WITNESS LIST**

V.

Francisco Orozco, a.k.a. "Paco"

Case Number: 04-00197 HG

| PRESIDING JUDGE<br>Helen Gillmor | PLAINTIFF'S ATTORNEY<br>AUSA Loretta Sheehan | DEFENDANT'S ATTORNEY<br>Barry Edwards, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>April 6, 2007 | COURT REPORTER | COURTROOM DEPUTY<br>Mary Feria |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/6/07 | 4/6/07 | | Fed Ex airbill of parcel, recipient Francisco Orozco |
| 2 | | 4/6/07 | 4/6/07 | | Fed Ex airbill of parcel, recipient Mat Rubio |
| 3 | | 4/6/07 | 4/6/07 | | photograph of red Coleman cooler with cash and paper at bottom |
| 4 | | 4/6/07 | 4/6/07 | | Fed Ex computer generated airbill, recipient Mat Rubio |
| 5 | | 4/6/07 | 4/6/07 | | search warrant issued under Mag. No. 03-0030 LEK |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages