# FedEx USA Airbill 8375 3595 5351

**1 From**
Date: 1-13-03
Sender's Name: Jubilee Logan
Phone: 808 966-9169
Address: 110 Operimu Rd
City: Hilo  State: HI  Zip: 96720

**3 To**
Recipient's Name: Franco Orozco
Phone: 818 204-8769
Address: 1710 West Victory Blvd Apt E
City: Burbank  State: CA  Zip: 91506

Form ID No.: 0200

**4a Express Package Service** — FedEx Priority Overnight ✓

**5 Packaging** — Other ✓

**6 Special Handling** — HOLD Saturday ✓

**7 Payment** — Cash/Check ✓  CASH

Total Weight: 6
Total Charges: ~

14 1414

446


GOVERNMENT EXHIBIT 1