FedEx Tracking Number: 837650547150

**1. From**
Date: 01/13/03
Sender's Name: Francisco Orozco
Phone: 818 209 8769
Address: 1710 W. Victory Blvd #E
City: Burbank  State: CA  ZIP: 91506

**2. Your Internal Billing Reference:** OPTIONAL

**3. To**
Recipient's Name: Mat Rubio
Phone: (808) 989 3325
Address: 800 Kaiwiki Rd
City: Hilo  State: HI  ZIP: 96720

**4a. Express Package Service:** ☒ FedEx Priority Overnight

**5. Packaging:** ☒ Other

**6. Special Handling:** ☒ No (dangerous goods)

**7. Payment:** ☒ Sender

Total Packages: 45
Total Declared Value: $500.00

446

GOVERNMENT EXHIBIT 2