```
OROZCO, FRANCISCO - (818)209-8769        SHIP DATE: 13JAN03
MAIL BOXES ETC. #0242                    ACTUAL WGT: 45 LBS
1317 N. SAN FERNAND BLVD                 DIMMED 36x21x21
BURBANK, CA 91504

TO: RUBIO, MAT - (808)989-3325
    800 KAIWIKI RD
    HILO, HI 96720


7912 7522 2041       FedEx

REF#2:8376505471500200
```

## PRIORITY OVERNIGHT    TUE

Deliver By:
14JAN03
PM

CAD: 4067301    13JAN03

TRK# 7912 7522 2041  Form 0201  HNL

96720-HI-US
RES



QU ITOA



GOVERNMENT EXHIBIT