# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 9, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 04-00197HG-004

CASE NAME:      UNITED STATES OF AMERICA v. (04) FRANCISCO JAVIER OROZCO

ATTYS FOR PLA:  Loretta A. Sheehan, AUSA

ATTYS FOR DEFT: Barry D. Edwards, Esq.

---

JUDGE:  Helen Gillmor

DATE:   April 9, 2007

---

## MINUTE ORDER

In connection with the Defendant's Motion to Suppress FedEx Parcel # 1, both parties are ordered to file letter briefs by **noon on Thursday, April 12, 2007** as to whether there are any cases, known to them, addressing factual circumstances similar to those present here, *i.e.*, where a law enforcement agent has removed a detained package from a mail facility, based on a reasonable suspicion of criminal activity, and delivered it to the addressee's residence to conduct a "knock and talk", or addressing an analogous situation.


Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Loretta A. Sheehan, AUSA
      Barry D. Edwards, Esq.
      Chief Judge Gillmor's chambers