ORIGINAL

**Barry D. Edwards**
Lawyer
P. O. Box 1598
Kailua, Hawaii 96734
Telephone: (808) 988-2005
Fax: (808) 988-2044
Mobile: (808) 220-4660
e-mail: barrydedwards@gmail.com

April 12, 2007

Honorable Helen Gillmor
Chief United States District Judge
District of Hawaii
PJKK Federal Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

*BY HAND DELIVERY*

    Re: United States v. Orozco, Cr. No. 04-00197HG-004

Dear Judge Gillmor:

    This letter is in response to your Minute Order of April 9, 2007, seeking additional cases known to me addressing factual circumstances similar to those present here.

    I have consulted available Westlaw sources under various search queries, and have found no reported federal cases on point.

    The cases that were found typically involved seizures of parcels after probable cause was established by a positive "alert" from a trained drug-detection canine, and/or issuance of search warrants, before controlled deliveries.
In this regard, please see:

    *United States v. Mason*, 2005 WL 1168369 (E.D.Pa. 2005)

    *United States v. Gill*, 280 F.3d 923 (9th Cir. 2002)

*United States v. Logan*, 362 F.3d 530 (8th Cir. 2004)

*United States v. Evans*, 282 F.3d 451 (7th Cir. 2002)

Sincerely,

*[signature]*

Barry D. Edwards
Attorney for Mr. Orozco

Cc: AUSA Loretta A. Sheehan