# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 16, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00197HG-004 |
| CASE NAME: | UNITED STATES OF AMERICA v. (04) FRANCISCO JAVIER OROZCO |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | (04) Barry D. Edwards, Esq. |
| INTERPRETER: | (04) Miguel Saibene (previously sworn in) |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia T. Fazio |
| DATE: | April 16, 2007 | TIME: | 1:30 - 1:50 |

COURT ACTION:  FINAL PRETRIAL CONFERENCE AS TO DEFENDANT (04) FRANCISCO JAVIER OROZCO -

Defendant is present in custody.

Defendant Francisco Javier Orozco's Motion to Suppress Evidence is DENIED. Court to issue a written order.

Jury trial is set for May 1, 2007 at 9:00 a.m.


   Submitted by: Mary Rose Feria, Courtroom Manager