# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/30/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00197HG |
| CASE NAME: | USA v. (04) Francisco Javier Orozco |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | (04) Barry Edwards |
| INTERPRETER: | (04) Miguel Saibene |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 4/30/2007 | TIME: | 3:30:40-4:02:09pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody with sworn interpreter Miguel Saibene.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the First Superseding Indictment entered by the Defendant.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the First Superseding Indictment set for 9/13/07 at 3:00 p.m. before Judge Gillmor.

Jury Trial date of 5/1/07 at 9:00am before Judge Gillmor is hereby vacated as to defendant 04.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager