FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 3 0 2007

at ____ o'clock and ____ min. ____

SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR . NO. 04-00197 HG (04) |
| | ) | |
| Plaintiff, | ) | REPORT AND RECOMMENDATION |
| vs. | ) | CONCERNING PLEA OF GUILTY |
| | ) | |
| FRANCISCO OROZCO, (04), | ) | |
| aka "Paco," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11,

Fed.R.Crim.P., and has entered a plea of guilty to Count 1 of the First Superseding

Indictment. After examining the defendant under oath, I determined that the defendant is

fully competent and capable of entering an informed plea, that the guilty plea was

intelligently, knowingly and voluntarily made, and that the offense(s) charged is

supported by an independent basis in fact establishing each of the essential elements of

such offense(s). I further determined that the defendant intelligently, knowingly and

GUILTY.R&R-PA

voluntarily waived the right to appeal or collaterally attack the sentence except as provided in the plea agreement.  I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

APR 3 0 2007

DATED: Honolulu, Hawaii, _____.

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**

CRIMINAL NO.  04-00197 HG (04); USA vs.  FRANCISCO OROZCO (04), aka "Paco"; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY