EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197HG-04 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| FRANCISCO OROZCO, (04) | ) | |
| a.k.a. "Paco" | ) | |
| | ) | Date: September 13, 2007 |
| Defendant. | ) | Time: 3:00 P.M. |
| | ) | Judge: Helen Gillmor |

STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT

   The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

   DATED:  July 25, 2007, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Loretta Sheehan
                                 LORETTA SHEEHAN
                                 Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:

    Barry D. Edwards               July 25, 2007
    barrydedwards@gmail.com

    Attorney for Defendant
    FRANCISCO OROZCO

<u>Served by Hand Delivery</u>

    U.S. Probation Office        July 25, 2007
    ATTN:  Neil W. Tsukayama
    300 Ala Moana Boulevard
    Honolulu, HI   96850

    DATED:  July 25, 2007, at Honolulu, Hawaii.

                                      /s/ Iris Tanaka