ORIGINAL

BARRY D. EDWARDS 4509
P. O. Box 6599
Kaneohe, Hawaii 96744
Telephone (808) 239-6976
Fax (808) 239-6977
e-mail: barrydedwards@gmail.com

Attorney for Defendant
FRANCISCO OROZCO (04)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2007

at //  o'clock and 05 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00197 HG |
| ) | |
| Plaintiff, ) | DEFENDANT |
| ) | FRANCISCO OROZCO'S |
| vs. ) | SENTENCING STATEMENT; |
| ) | CERTIFICATE OF SERVICE |
| FRANCISCO OROZCO, *ET AL.*, ) | |
| ) | Sentencing: 9/13/07 |
| Defendants. ) | |

**DEFENDANT FRANCISCO OROZCO'S SENTENCING STATEMENT**

Defendant, FRANCISCO OROZCO, objects to the draft Presentence Investigation Report prepared July 23, 2007, as follows:

1

Identifying Data:

Mr. Orozco objects to the allegation that he used aliases.
Mr. Orozco's name is Francisco Javier Orozco Sanchez, which is the same as those listed as aliases "Francisco Javier Orozco" and "Javier Orozco Sanchez." Though it has not been used by Mr. Orozco, it is feasible that "Javier Sanchez" may appear in some record made by others who used only parts of Mr. Orozco's name.

Mr. Orozco's brother is named Cesar Orozco. That name has not been used by Mr. Orozco as an alias.

None of the other names listed as aliases have been used by Mr. Orozco.

Codefendants and Related Cases; The Offense Conduct.

Mr. Orozco objects to paragraphs 16 and 33, as these are not matters related to his case or to his offense conduct.

Employment Record.

Paragraph 77: Mr. Orozco worked from August 1995 until the middle of 2000 at Verdugo Hills Liquor, not just from January 1996 to June 1998.

DATED: Honolulu, Hawaii, August 7, 2007.

                                                 _____
                                                 Barry D. Edwards
                                                 Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document is being delivered by hand or mail, to counsel for the government and to the probation office, on the date of its filing.

DATED: Honolulu, Hawaii, August 7, 2007.

_____
Barry D. Edwards