ORIGINAL

BARRY D. EDWARDS 4509
P. O. Box 6599
Kaneohe, Hawaii 96744
Telephone (808) 239-6976
Fax (808) 239-6977
e-mail: barrydedwards@gmail.com

Attorney for Defendant
FRANCISCO OROZCO (04)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

LODGED

SEP 12 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00197 HG |
| Plaintiff, | |
| vs. | *EX PARTE* MOTION FOR AUTHORIZATION OF INTERPRETER EXPENSES; DECLARATION OF COUNSEL; EXHIBIT A; AND, ORDER |
| FRANCISCO OROZCO, *ET AL.*, | |
| Defendants. | |

### *EX PARTE* MOTION FOR AUTHORIZATION OF INTERPRETER EXPENSES

Defendant, FRANCISCO OROZCO, by his appointed counsel, moves *ex parte* for approval of the estimated cost of Spanish language interpretation expenses that are required in connection with translating various discovery and statements in preparation for defendant's Motion to Suppress and trial in this action.

request.

WHEREFORE, defendant prays that this motion be granted.

DATED: Honolulu, Hawaii, September 10, 2007.

BARRY D. EDWARDS
Attorney for Defendant