IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00197 HG |
|---|---|
| Plaintiff, | ) )  DECLARATION OF COUNSEL IN ) SUPPORT OF *EX PARTE* MOTION |
| vs. | ) FOR AUTHORIZATION OF ) INTERPRETER EXPENSES |
| FRANCISCO OROZCO, *ET AL.*, | ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF COUNSEL

BARRY D. EDWARDS, appointed counsel for the defendant in this case, declares:

1. I am appointed pursuant to the Criminal Justice Act as defense counsel for Mr. Orozco, whose native language is Spanish.

2. The defendant is indigent, as previously determined in this action.

3. Miguel Saibene has been appointed as the defense official Spanish language interpreter. Mr. Saibene has been asked to translate materials provided by the defendant at my request in aid of my work toward sentencing in this matter.

4. Mr. Saibene has provided me with an estimate of the cost incurred for

3

the translations that I have asked him to perform in this regard. The estimated cost is $425.00, for approximately 3,150 words of translation.

5. Since the total cost of the described Spanish language translation services will exceed $300, the Court's approval for the expenditure is required.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE DECLARATION IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, September 10, 2007.

_____
Barry D. Edwards