IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197 HG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| FRANCISCO OROZCO, *ET AL.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

The foregoing *ex parte* motion is GRANTED. IT IS ORDERED that Spanish language interpreter Miguel Saibene's translation and transcription expenses described in the motion and declaration are authorized for payment in an amount not exceeding $425.00.

DATED: Honolulu, Hawaii, _____Sept 12_____, 2007.

_____
United States Magistrate Judge
District of Hawaii

5