UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 23 2007

at 12 o'clock and 25 min. P M.
SUE BEITIA, CLERK

*cc: financial*

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 1:04CR00197HG-004 HG
DEFENDANT: FRANCISCO JAVIER OROZCO

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 78 MONTHS.

[✓]   The court makes the following recommendations to the Bureau of Prisons:

FCI Terminal Island, CA, FCI Lompoc, CA., FCI Sheridan, OR. That the defendant participate in drug treatment, educational and vocational training programs.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before ___ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-16-07 to PPCC
at PINE PRAIRIE CORRECTIONAL CTR.
   1133 HAMPTON DUPRE RD., with a certified copy of this judgment.
   P.O BOX 650
   PINE PRAIRIE, LA 70576

Warden Viator
UNITED STATES MARSHAL

By Pamela Doyle
Deputy U.S. Marshal